Form 144

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 17–11445

IN THE MATTER OF:
Cyntha Michelle Chavis    xxx–xx–9719
1203 Copperstone Way
Mebane, NC 27302

Debtor(s)

## SHOW CAUSE ORDER AND NOTICE OF HEARING

A reaffirmation agreement between the debtor(s) and **Pentagon Federal Credit Union** having been filed with the court on 2/17/18, and it appearing that supporting documentation sufficient to evidence a perfected, non–avoidable lien has not been filed with the court as required by Local Rule 4008–1, it is hereby ORDERED that the attorney for the debtor(s) appear on **Monday, March 12, 2018 at 09:30 AM** in the following location:

Courtroom 2
Second Floor
101 South Edgeworth Street
Greensboro NC 27401

and show cause why such reaffirmation agreement should not be disallowed.

Date: 2/27/18

Catharine R. Aron
United States Bankruptcy Judge

To Enter a Federal Court Facility you must present **a valid State or Federal photo ID.** (i.e. Drivers License, etc.)

For security purposes the following is a list of items that **will not be allowed** into a Federal Court Facility:

Firearms, stun guns, mace or pepper spray, knives, box cutters, razors, or any cutting devices of any kind; cameras: to include any device having the photographic capability i.e., cell phones with camera features, personal organizers with camera features; and any device having recording or transmitting capabilities: to include tape recorders, digital recorders, wireless microphones, push to talk cell phones, hand held or two way radios or similar radio communication devices.